UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS R. CHAVEZ,  Petitioner,  v.  GIGI MATTESON,  Respondent. | No. 2:22-cv-0751-EFB P  ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He attacks a judgment of conviction imposed by the Superior Court for the County of Santa Cruz, which lies in the United States District Court for the Northern District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d).

Dated: May 11, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE